NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MELISSA ADDE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

---

2011-5019

---

Appeal from the United States Court of Federal Claims in 07-CV-248, Judge Lynn J. Bush.

---

## ON MOTION

---

## ORDER

Melissa Adde moves for a 60-day extension of time, until May 10, 2011, to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

__MAR 1 4 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Nicholas Woodfield, Esq.
Russell A. Shultis, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 4 2011

JAN HORBALY
CLERK